IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| Jimmy Montero,<br>  Plaintiff,<br><br>v.<br><br>Medicredit, Inc., a Missouri corporation,<br>  Defendant. | )<br>)<br>)<br>)   No.  3:21-cv-01073-HNJ<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

Plaintiff hereby gives notice to the Court that the parties are discussing settlement and thus, the Defendant needs an additional 14 days to respond to Plaintiff's complaint. Defendant's answer is currently due September 17, 2021. Accordingly, Plaintiff hereby requests that this Court give Defendant until October 1, 2021, to appear and respond to the complaint.

Dated:  September 14, 2021

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## CERTIFICATE OF SERVICE

  I hereby certify that on September 14, 2021, a copy of the foregoing **Motion For Extension of Time** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ronald C. Sykstus         rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
 & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801

  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on September 14, 2021.

Medicredit, Inc.
c/o John D. Ryan
Spencer Fane LLP
1650 North Kingshighway
Suite 204
Cape Girardeau, Missouri 63701


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com